UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:21-CR-18-BO

UNITED STATES OF AMERICA

***ORDER TO SEQUESTER WITNESSES***

IKEVIAUN QUAMONN JOHNSON,
    Defendant.

This matter coming before the Court on Defendant's Motion to Sequester Witnesses, and for good cause shown, it is hereby ORDERED that the government's witnesses shall be sequestered and the government's witnesses, including the case agents, shall be prohibited from revealing any testimony or evidentiary presentations to any other witnesses who will be witnesses at trial or hearing.

This the 6 day of January, 2023.

TERRENCE W. BOYLE
United States District Judge